## LUCAS *v.* WARDEN OF THE MARYLAND HOUSE OF CORRECTION

[App. No. 1, September Term, 1964.]

*Decided July 28, 1964.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRES-COTT, HORNEY, MARBURY and SYBERT, JJ.

PER CURIAM.

On November 25, 1963, the lower court (Chief Judge Manley) signed an order denying the applicant's petition for relief under the Uniform Post Conviction Procedure Act. This application for leave to appeal was filed on January 21, 1964. Since it was not filed within thirty days from the passage of the order appealed from, as required by Code (1963 Cum. Supp.), Art. 27, Sec. 645-I, and Maryland Rule BK 46 a, it must be denied.

*Application denied.*